**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

*Appeals Bureau*
*Barry D. Leiwant*
Attorney-in-Charge

January 12, 2021

**BY ECF**

Honorable Catherine O'Hagan Wolfe
Clerk
United States Court of Appeals
 for the Second Circuit
40 Foley Square
New York, New York 10007

    *Re*:    *United States v. Aytes*, No. 19-3981 (argued October 9, 2020)

Dear Ms. Wolfe,

    Appellee Allison Aytes respectfully submits this letter pursuant to Federal Rule of Appellate Procedure 28(j) to inform the Court that the United States Supreme Court vacated this Court's decision in *United States v. Blaszczak*, 947 F.3d 19 (2d Cir. 2019), in an order yesterday granting certiorari, vacating the judgment and remanding for further consideration in light of *Kelly v. United States*, 590 U.S. __, 140 S. Ct. 1565 (2020). *Blaszczak v. United States*, 2021 WL 78043 (U.S. Mem. Jan. 11, 2021).

    The government relied on the *Blaszczak* decision throughout its briefs, for both its argument that the FDIC's resolution plans constituted property with a value of more than $1000 and its argument that the defendant's conduct of taking copies of documents home "seriously interfered with" the FDIC's property interests in the documents. (G. Br. 44,52, 57-68; G. Rep. Br. 3, 11-13, 14-25). Appellee Aytes contended, *inter alia*, that the Supreme Court's decision in *Kelly* had fatally undermined *Blaszczak*'s holding that government regulatory information constitutes "property" and a "thing of value" under 18 U.S.C. § 641 (Aytes Br. 27-30).

Respectfully submitted,

											/s/ Colleen P. Cassidy
											**COLLEEN P. CASSIDY**
											Assistant Federal Defender

cc:     James P. McDonald, Esq.
        Assistant United States Attorney
        Eastern District of New York
        (By ECF)